# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tinicum Township                       :

                                  :

      v.                            :

                                    :

Allan J. Nowicki, River Road       :

Quarry, LLC, Pennswood         :

Hauling, LLC, and RRQ, LLC,    :

                  Appellants  :     No. 2114 C.D. 2014


Tinicum Township                       :

                                    :

      v.                            :

                                    :

Allan J. Nowicki, River Road Quarry, LLC, :

Pennswood Hauling, LLC and RRQ, LLC   :

                                    :

Appeal of: Allan J. Nowicki        :     No. 734 C.D. 2015

## **O R D E R**

NOW, May 10, 2016, upon consideration of appellants' application for reargument en banc, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge